**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------ x

UNITED STATES OF AMERICA,

    -against-

WILBERT LEWIS,

                      Defendant.

------------------------------------ x

15 Cr. 487-24 (GBD)

ORDER

GEORGE B. DANIELS, United States District Judge:

A violation of supervised release hearing is scheduled for June 29, 2021 at 10:00 a.m.

Dated: New York, New York
      June 16, 2021

SO ORDERED.

GEORGE B. DANIELS
United States District Judge