

U.S. Department of Justice

United States Attorney
Southern District of New York

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

June 27, 2021

**BY EMAIL AND BY ECF**
The Honorable George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**SO ORDERED:**

*/s/ George B Daniels*
George B. Daniels, U.S.D.J.

Dated: JUN 2 8 2021

Re: <u>United States</u> v. <u>Wilbert Lewis</u>, No. 15 Cr. 487 (GBD)

Dear Judge Daniels:

As the Court is aware, the United States Probation Department has filed a petition charging defendant Wilbert Lewis with violating several of the conditions of his supervised release in this case, and the parties are scheduled to appear before the Court on Tuesday June 29, 2021 for a status conference in that supervised release violation matter. To prepare for the status conference and comply with its discovery obligations, the Government respectfully requests that the Court order the Probation Department to provide the Government and defense counsel with access to the Probation Department's case file for this matter, which includes so-called "chronologies" memorializing statements that the defendant has made to the Probation Department.

Respectfully submitted,

AUDREY STRAUSS
United States Attorney

By: /s
Samson Enzer / Jared Lenow / Anden Chow
Assistant United States Attorneys
(212) 637-2342 / -1068 / -2348

CC: Jesse M. Siegal, Esq.
Franklin Carvajal, U.S.P.O.