**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x
UNITED STATES OF AMERICA,

    -against-

WILBERT LEWIS,

                        Defendant.
------------------------------------- x

ORDER

15 Cr. 487-24 (GBD)

GEORGE B. DANIELS, United States District Judge:

The violation of supervised release hearing is adjourned from June 29, 2021 to July 20, 2021 at 10:00 a.m.

Dated: New York, New York
       June 29, 2021

                                          SO ORDERED.

                                          *George B Daniels*
                                          GEORGE B. DANIELS
                                          United States District Judge