**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x

UNITED STATES OF AMERICA,

    -against-

WILBERT LEWIS,

                Defendant.

------------------------------------- x

ORDER

15 Cr. 487-24 (GBD)

GEORGE B. DANIELS, United States District Judge:

The violation of supervised release hearing is adjourned from July 20, 2021 to July 27, 2021 at 10:30 a.m.

Dated: New York, New York
       July 20, 2021

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge