**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------x

UNITED STATES OF AMERICA,

-against-

WILBERT LEWIS,

Defendant.

------------------------------------x

ORDER

15 Cr. 487-24 (GBD)

GEORGE B. DANIELS, United States District Judge:

The violation of supervised release hearing is adjourned from October 12, 2021 to December 14, 2021 at 10:00 a.m.

Dated: New York, New York
October 6, 2021

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge