**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------x
UNITED STATES OF AMERICA,

    -against-

                                   ORDER

WILBERT LEWIS,

                                   15 Cr. 487-24 (GBD)

               Defendant.
------------------------------------x

DEC 1 3 2021

GEORGE B. DANIELS, United States District Judge:

    The violation of supervised release hearing scheduled to occur on December 14, 2021 is adjourned to December 16, 2021 to at 9:45 a.m.

Dated: New York, New York
         December 13, 2021

                                                SO ORDERED.

                                               GEORGE B. DANIELS
                                               United States District Judge