UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
UNITED STATES OF AMERICA,

    -against-

WILBERT LEWIS,

                     Defendant.
------------------------------------x

DEC 1 6 2021

ORDER

15 Cr. 487-24 (GBD)

GEORGE B. DANIELS, United States District Judge:

The defendant in the above-captioned case is hereby sentenced to time served.

Dated: New York, New York
       December 16, 2021

SO ORDERED.

*George B. Daniels* (signature)

GEORGE B. DANIELS
United States District Judge