LAW OFFICE OF
**JESSE M. SIEGEL**
299 Broadway, Suite 800
New York, New York 10007

(Tel) 212-207-9009
(Fax) 212-619-6742

JesseMSiegel@aol.com

April 26, 2022

**SO ORDERED**

The VOSR hearing scheduled for May 4, 2022 is adjourned to June 7, 2022 at 9:45 a.m.

*[Signature]*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE

*[Stamp: APR 27 2022]*

**BY ECF**

Hon. George B. Daniels, District Judge
United States District Court for the
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *United States v. Wilbert Lewis,* 15 Cr. 487 (GBD) (VOSR).

Dear Judge Daniels:

As counsel to Wilbert Lewis, I ask that the VOSR hearing scheduled for May 4th be adjourned to June 7th, a date I understand the Court is available. I have spoken with A.U.S.A. Jared Lenow and U.S. Probation Officer Urshala Herald, who both consent to this request.

I make this request because I am not available on May 4th, and the parties and Probation are all available on June 7th.

Thank you for your attention to this application.

Very truly yours,

/s
Jesse M. Siegel