UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

UNITED STATES OF AMERICA,

      -against-

                                      ORDER

WILBERT LEWIS,

                                     15 Cr. 487-24 (GBD)

               Defendant.

------------------------------------x

GEORGE B. DANIELS, United States District Judge:

      The violation of supervised release status conference scheduled to occur on September 13, 2022, is adjourned to October 18, 2022, at 9:45 a.m.

Dated: New York, New York
       September   , 2022
       SEP 0 8 2022

                                         SO ORDERED.

                                         *George B. Daniels*
                                         GEORGE B. DANIELS
                                         UNITED STATES DISTRICT JUDGE