UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
UNITED STATES OF AMERICA,

        -against-

WILBERT LEWIS,

               Defendant.
------------------------------------x

ORDER

15 Cr. 487-24 (GBD)

GEORGE B. DANIELS, United States District Judge:

The Defendant's letter request for an adjournment of the VOSR hearing scheduled to occur on October 18, 2022 is GRANTED. The VOSR hearing is adjourned to November 15, 2022, at 10:15 a.m.

The Clerk of Court is directed to close ECF No. 682 accordingly.

Dated: New York, New York
       October 17, 2022

SO ORDERED.

*[signature]*
GEORGE B. DANIELS
United States District Judge