UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,

-against-

WILBERT LEWIS,

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ORDER

15 Cr. 487-24 (GBD)

GEORGE B. DANIELS, United States District Judge:

       The Government's letter request for an adjournment of the VOSR hearing scheduled to occur on November 15, 2022 is GRANTED. The VOSR hearing is adjourned to January 17, 2023, at 10:15 a.m.

       The Clerk of Court is directed to close ECF No. 686 accordingly.

Dated: New York, New York
       November 10, 2022

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge