UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x
UNITED STATES OF AMERICA,  :
:
-against-  :
: ORDER
:
WILBERT LEWIS,  :
: 15 Cr. 487-24 (GBD)
Defendant.  :
------------------------------------ x

GEORGE B. DANIELS, United States District Judge:

The Government's letter request for an adjournment of the VOSR hearing scheduled to occur on January 17, 2023 is GRANTED. The VOSR hearing is adjourned to February 21, 2023, at 10:15 a.m.

Dated: New York, New York
January 12, 2023

SO ORDERED.

*George B Daniels*
GEORGE B. DANIELS
United States District Judge