UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
UNITED STATES OF AMERICA,

    -against-

WILBERT LEWIS,

                  Defendant.
------------------------------------x

ORDER

15 Cr. 487-24 (GBD)

GEORGE B. DANIELS, United States District Judge:

The Government's letter motion for an adjournment of the VOSR hearing scheduled to occur on February 21, 2023 is GRANTED. The VOSR hearing is adjourned to March 21, 2023, at 10:15 a.m.

The Clerk of Court is directed to close the open motion at ECF No. 695.

Dated: New York, New York
       February 14, 2023

SO ORDERED.

_____
GEORGE B. DANIELS
United States District Judge