UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
UNITED STATES OF AMERICA,

    -against-

WILBERT LEWIS,

                Defendant.
------------------------------------x

ORDER

15 Cr. 487-24 (GBD)

GEORGE B. DANIELS, United States District Judge:

    The Government's letter motion for an adjournment of the VOSR hearing scheduled to occur on March 21, 2023 is GRANTED. The VOSR hearing is adjourned to April 25, 2023, at 10:15 a.m.

    The Clerk of Court is directed to close the open motion at ECF No. 699.

Dated: New York, New York
       March 14, 2023

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge