UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA,

    -against-

WILBERT LEWIS,

              Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ORDER

15 Cr. 487-24 (GBD)

GEORGE B. DANIELS, United States District Judge:

The Government's letter motion for an adjournment of the VOSR hearing scheduled to occur on April 25, 2023 is GRANTED. The hearing is adjourned to June 28, 2023, at 10:30 a.m.

The Clerk of Court is directed to close the open motion at ECF No. 703.

Dated: New York, New York
       April 11, 2023

SO ORDERED.

*[signature]*
GEORGE B. DANIELS
United States District Judge