UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

UNITED STATES OF AMERICA,

    -against-

WILBERT LEWIS,

              Defendant.

------------------------------------x

ORDER

15 Cr. 487-24 (GBD)

GEORGE B. DANIELS, United States District Judge:

The Government's letter request for an adjournment of the VOSR hearing scheduled to occur on June 28, 2023 is GRANTED. The VOSR hearing is adjourned to July 13, 2023, at 12:45 p.m.

The Clerk of Court is directed to close the open motion at ECF No. 711 accordingly.

Dated: New York, New York
       June 26, 2023

SO ORDERED.

*George B. Daniels* (signature)
GEORGE B. DANIELS
United States District Judge